UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT CHUNG, | ) | NO. CV 09-1649-FMC(CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| JOHN MARSHALL, Warden. | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

IT IS HEREBY ADJUDGED that the petition is denied and dismissed without prejudice.

DATED: <u>April 21, 2009</u>

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE